# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff.

     v.

GARY GROSSMAN, et al.,

      Defendants.

Case No. 18-cv-02481-JCS

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 58

    Pursuant to Civil L.R. 16-2, a case management conference was held on October 4, 2019, before this Court in the above-entitled case. Plaintiff was present. Defendant was present.

    IT IS HEREBY ORDERED that both counsel shall appear on **October 25, 2019, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed pursuant to the settlement agreement.

    IT IS SO ORDERED.

Dated: October 8, 2019

_____

JOSEPH C. SPERO
Chief Magistrate Judge