UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff.<br><br>v.<br><br>GARY GROSSMAN, et al.,<br><br>    Defendants. | Case No. 18-cv-02481-JCS<br><br>**ORDER TO SHOW CAUSE** |

IT IS HEREBY ORDERED that Defendants appear on **November 22, 2019, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why default should not be entered against the Defendants for failure to appear as ordered by the Court, and for failure to comply with the Court's Order of October 8, 2019.

IT IS SO ORDERED.

Dated: October 28, 2019

JOSEPH C. SPERO
Chief Magistrate Judge